KERRY JAMES LAWRENCE, JR
KOREN MARA LAWRENCE
115 SHADY GROVE AVE
LONG BEACH, MS 39560

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15299
WILMINGTON, DE 19850

CITIBANK
P.O.BOX 790046
ST. LOUIS, MO 63179

COLLECTION INC
PO BOX 6065
GULFPORT, MS 39505

DISCOVERC
PO BOX 30939
SALT LAKE CITY, UT 84130

DISCOVERCARD
PO BOX 30939
SALT LAKE CITY, UT 84130

GORDON G. ARMSTRONG
PO BOX 1464
MOBILE, AL 36633

PAYZEN
139 TOWNSEND ST
SAN FRANCISCO, CA 94107

SINGING RIVER HEALTH
2101 US-90
GAUTIER, MS 39553

SMITH, ROUCHON
SRA
1456 ELLIS AVE
JACKSON, MS 39204

TOYOTA MOTOR CREDIT
ATTN: BANKRUPTCY
6400 MAIN ST, STE 200
AMHERST, NY 14221