Certificate Number: 17082-MSS-DE-041661112

Bankruptcy Case Number: 26-51341

17082-MSS-DE-041661112

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 10, 2026, at 9:04 o'clock AM MST, KOREN M LAWRENCE completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: November 10, 2026

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director